# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**ELAINE ENGELHARDT,**              6:12-CV-00668-BR

                                    **JUDGMENT OF REMAND**
              **Plaintiff,**

v.

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

              **Defendant.**

Based on the Court's Opinion and Order (#17) issued July 26, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 26th day of July, 2013.

                                        /s/ Anna J. Brown
                                        ANNA J. BROWN
                                        United States District Judge