# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ELAINE ENGELHARDT,** | **6:12-CV-00668-BR** |
| **Plaintiff,** | **JUDGMENT OF REMAND** |
| v. | |
| **CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY,** | |
| **Defendant.** | |

Based on the Court's Opinion and Order (#17) issued July 26, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 26th day of July, 2013.

                                            /s/ Anna J. Brown
                                            ANNA J. BROWN
                                            United States District Judge